UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GENE COPP,<br><br>                            Plaintiff,<br><br>v.<br><br>F. LOPEZ, Correctional Officer; H. GOMEZ, Correctional Officer; R. ROCHA, Correctional Officer; V. SIGMON, Psych Tech; and S. KELLAZ, Psychologist,<br><br>                           Defendants. | Case No.: 19-cv-789-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

    The matter before the Court is the *Ex Parte* Motion for Extension of Time to Serve Defendants filed by Plaintiff Richard Gene Copp. (ECF No. 7).

    On April 29, 2019, Plaintiff Richard Gene Copp, proceeding *pro se*, filed a Complaint against Defendants F. Lopez, H. Gomez, R. Rocha, V. Sigmon, and S. Kellaz. (ECF No. 1). On June 17, 2019, the Court granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis, and the Clerk of the Court issued the Summons and proof of service form. (ECF Nos. 3-4). On January 6, 2020, the Court ordered Plaintiff to show cause why the Complaint should not be dismissed due to Plaintiff's failure to serve Defendants. (ECF No. 5).

On February 19, 2020, Plaintiff filed a Response to the Order to Show Cause. (ECF No. 7). Plaintiff states that he was transferred from California Medical Facility to Richard J. Donovan Correctional Facility in Vacaville, California, after he filed the Complaint. Plaintiff states that he did not receive any mail from the Court until he received the Order to Show Cause on January 6, 2020. Plaintiff requests that the Court send Plaintiff a copy of the Complaint so that Plaintiff "may proceed." (ECF No. 7 at 2).

The Court construes Plaintiff's Response to the Order to Show Cause as an *Ex Parte* Motion for Extension of Time to Serve Defendants. Upon review of Plaintiff's Motion, and good cause appearing, the Court:

GRANTS Plaintiff's request for additional time to serve Defendants (ECF No. 7). Plaintiff shall have an additional one hundred (100) days from the date of this Order to serve Defendants (*see* CivLR 4.1(b));

DIRECTS the Clerk of the Court to send Plaintiff a copy of the Complaint (ECF No. 1), re-send Plaintiff a copy of the Court's June 17, 2019, Order granting Plaintiff's Motion to Proceed Informa Pauperis (ECF No. 3), and re-send Plaintiff the Summons (ECF No. 4); and

DIRECTS the Clerk to re-send Plaintiff a blank U.S. Marshal Form 285 for each named Defendant and certified copies of the Court's June 17, 2020, Order, the Complaint, and the Summons so that Plaintiff may serve Defendants. Upon receipt of this "IFP Package," Plaintiff must complete the USM Form 285s as completely and accurately as possible, *include an address where each named Defendant may be found and/or subject to service* pursuant to Civil Local Rule 4.1(c), and return them to the U.S. Marshal according to the instructions the Clerk provides in the letter accompanying the IFP Package.

Dated: February 26, 2020

Hon. William Q. Hayes
United States District Court