UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GENE COPP,<br><br>                              Plaintiff,<br><br>v.<br><br>F. LOPEZ, Correctional Officer; H. GOMEZ, Correctional Officer; R. ROCHA, Correctional Officer; V. SIGMON, Psych Tech; and S. KELLAZ, Psychologist,<br><br>                              Defendants. | Case No.:  19-cv-789-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

On April 29, 2019, Plaintiff Richard Gene Copp, proceeding pro se, filed a Complaint against Defendants F. Lopez, H. Gomez, R. Rocha, V. Sigmon, and S. Kellaz. (ECF No. 1). On June 17, 2019, the Court granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis, and the Clerk issued the summons and proof of service form. (ECF Nos. 3-4).

On January 6, 2020, the Court ordered Plaintiff to show cause as to why the Complaint should not be dismissed due to Plaintiff's failure to serve Defendants. (ECF No. 5). On February 19, 2020, Plaintiff filed a Response to the Order to Show Cause, requesting an extension of time to serve Defendants. (ECF No. 7).

1        On February 26, 2020, the Court issued an Order granting Plaintiff "an additional one hundred (100) days from the date of this Order to serve Defendants . . . ." (ECF No. 8 at 2). The Court further ordered the Clerk of the Court "to re-send Plaintiff a blank U.S. Marshal Form 285 for each named Defendant" for Plaintiff to complete and return to the U.S. Marshal to effectuate service. (*Id.*). The record reflects no further filings.

       This Order constitutes notice to Plaintiff that the Court will dismiss the action against Defendants without prejudice unless, within sixty (60) days of the date of this Order, Plaintiff files proof that service of the summons and Complaint was timely effectuated.

Dated: July 27, 2020

*[signature]*
Hon. William Q. Hayes
United States District Court